AUMAVAE, MAGALEI & SATELE, Plaintiffs

v.

TOLOUMA of Iliili, Defendant

No. 4-1927

High Court of American Samoa

Civil Jurisdiction, Trial Division

[Land: "Maota" consisting of parcels "Maota,"

"Siasiaga" & "Toefisia"]

August 14, 1930

HARRY P. WOOD, *American Judge;* PELE, *District Judge;* and PULETU, *District Judge*

JUDGMENT

The issues in this case raised by the filing for registration of the land Maota by Tolouma of Leone and the objections to said registration by Aumavae of Leone, Magalei of Faleniu and Satele of Vailoa, having come on to be heard by this Court on said 30th and 31st days of July and 8th day of August, 1930.

And the proponent having appeared in person or by his attorney Teo and the objector Aumavae having appeared in person, and by his attorneys Atofau and Crossfield Hunkin, and the objector Magalei having appeared in person, and the objector Satele having appeared in person, and by his attorney Tuaolo of Pago Pago, and

It appearing by a judgment of this court made and entered in an action for the determination of title to land, wherein Atofau was the Plaintiff and Nuutofia and others

were the Defendants, that the land Siasiaga belongs to the family of Salemeanai, and

It further appearing that the said objector Aumavae lays claim to the three parcels of land known as Maota, Siasiaga and Toefisia in the name of Aumavae personally and that the said Magalei lays claim only to the parcel designated in the map as Maota in the name of Soa, and that the said Satele lays claim to all of the three parcels designated as Maota included within the survey, in the name of Satele.

And it appearing to the court that the title of the parcel of land designated on the map filed by the proponent, called Siasiaga is in the family of Salemeanai and that the title to the parcels in the survey filed by the proponent named and designated Maota and Toefisia, are in the proponent,

IT IS ORDERED, ADJUDGED and DECREED That the title of said land named and designated Siasiaga on the map filed for registration by Tolouma, is in the family of Salemeanai and that the title of the land named and designated on the said map filed by the proponent as Maota and Toefisia, is in the proponent Tolouma of Iliili.

The court costs in this case amounting to $60.00 will be paid as follows:

| | |
|---|---|
| Magalei | $10.00 |
| Satele | 25.00 |
| Aumavae | 25.00 |